UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. **06-309** |
| v. | : | VIOLATION: 18 U.S.C. § 641 |
| | : | (Theft of Government Property) |
| **JOHN C. GRAY,** | : | |
| Defendant. | : | |

## INFORMATION

The United States Attorney charges that:

OCT 13 2006

KENNEDY, JR. J. HHK

### COUNT ONE

From on or about November 1, 1984, until on or about April 12, 2006, within the District of Columbia, **JOHN C. GRAY**, willfully and knowingly did steal and purloin his mother's annuity after she had died, with a value of $162,303.76, of the goods and property belonging to the United States Government's Office of Personnel Management.

(**Theft of Government Property**, in violation of Title 18 United States Code, Section 641)

JEFFREY A. TAYLOR
Attorney of the United States in
and for the District of Columbia
Bar No. 498610

BY: _____
PERHAM GORJI
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W. Room 4233
Washington, D.C. 20530
(202) 353-8822