AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court
## for the _____ DISTRICT OF _Columbia_

**FILED**

NOV 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

John C. Gray

**WAIVER OF INDICTMENT**

CASE NUMBER: 06CR309

I, _John C. Gray_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _November 14, 2006_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_Harold D. Martin_
Counsel for Defendant

Before _Henry Kennedy_
Judicial Officer