IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.:** |
| | : | 06-309 |
| v. | : | |
| | : | **MAG. NO.:** |
| **JOHN GRAY,** | : | |
| | : | |
| | : | 18 U.S.C. § 641 |
| Defendant. | : | (Theft or Embezzlement of Public Money) |
| | : | |
| | : | |

FILED
NOV 1 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STATEMENT OF OFFENSE

Were the Government to go to trial in the above-captioned case, the Government would prove the following facts beyond a reasonable doubt:

The Spouse Equity Act, codified as amended in various sections of Title 5 of the United States Code, provides annuity benefits for the widows of civil service employees. 5 U.S.C. § 8341. Ms. Edna Gray was the mother of defendant John C. Gray (hereinafter, "defendant JOHN GRAY") and was a civil service survivor annuitant who received an annuity as the widow of John R. Gray, who retired from the U.S. Navy on or about October 31, 1969, and ultimately passed away on or about May 7, 1978. Upon Mr. Gray's death, Ms. Edna Gray applied for and was granted a survivor annuity from the Office of Personnel Management ("OPM") Civil Service Retirement System ("CSRS"), the Agency of the United States Government that administers the annuity benefits program. Ms. Gray received her payments by paper checks mailed to her address of 4411 Falls Terrace, S.E., Washington, D.C.

Ms. Edna Gray died on or about October 4, 1984. Her death was noted as a matter of public record by the certificate of death dated on or about October 9, 1984. Under Title 5,

United States Code, Section 8341(b)(3), Ms. Gray's annuity was to have terminated at the time of her death.

The defendant JOHN GRAY maintained a joint account with his mother, which was the same account where his mother's annuity payment checks were deposited. After his mother's death, defendant JOHN GRAY continued to receive and deposit the annuity checks into his bank account by forging his mother's signature on each check, and making use of the proceeds of the check once the money was disbursed into his account. Thereafter, from on or about November 1984, until on or about April 2006, when his scheme was discovered, defendant JOHN GRAY continued to receive his mother's annuity payments and deposit them into his account. In doing so, he took several affirmative steps to give the appearance that his mother was still alive, including, but not limited to the following:

(a)     completing an OPM missing payment / lost check form, dated June 30, 1986, by forging his mother's signature;

(b)     completing an OPM address verification form sent on or about December 18, 1987, by forging his mother's signature and dating it on January 3, 1988;

(c)     completing a Federal Employees Health Benefits form, by forging his mother's signature on or about March 20, 1989, thereby canceling his mother's health insurance;

(d)     completing an OPM address verification form sent on or about April 26, 1995, by forging his mother's signature and dating it on or about June 2, 1995.

Effective on or about October 8, 1998, defendant JOHN GRAY had his mother's survivor annuity payments deposited electronically to his account with Market USA Federal Credit Union, in Laurel, Maryland, account number 1255524702.

On April 12, 2006, OPM Special Agent Chris Gleason interviewed the defendant JOHN GRAY at his residence. Defendant JOHN GRAY acknowledged that he was the joint holder of the above-mentioned bank accounts and that Edna Gray's annuity payments had been deposited in the accounts. Defendant JOHN GRAY admitted to spending his mother's annuity payments.

As a result of defendant JOHN GRAY's conduct, OPM continued to pay Ms. Edna Gray's annuity after her death, from on or about November 1, 1984, until on or about April 12, 2006, resulting in his theft and conversion of $162,303.76 of government money belonging to the United States Office of Personnel Management.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

By: _____
Perham Gorji
Assistant United States Attorney
Delaware Bar No. 3737
U.S. Attorney's Office
555 4th Street, N.W., Rm. 4233
Washington, D.C. 20530
(202) 353-8822

## DEFENDANT'S ACKNOWLEDGMENT

I have read and discussed the four (4) page Statement of Offense in the above-captioned case, 06-309 (HHK), with my attorney, Harold Martin, Esquire. I agree, and acknowledge by my signature that this Statement of Offense is true and correct.

Date: 11/14/06

John C. Gray, Defendant

Date: 11-14-06

Harold Martin, Esq.
Attorney for Defendant

4