UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.: 06-309 |
| v. | (HHK) |
| JOHN GRAY, | Sentencing Date: 9/6/07 |
| Defendant. | |

**DEFENDANT'S SUPPLEMENTAL MEMORANDUM IN AID OF SENTENCING**

John Gray, by and through undersigned counsel, respectfully submits this supplemental memorandum in aid of sentencing:

I.   **INTRODUCTION**

Defendant John Gray came before this Court for sentencing on February 9, 2007, after entering a pre-indictment plea to one count of Theft of Government Property, in violation of Title18 United States Code, Section 641. In the plea agreement the defendant agreed he was accountable for the theft of $162,303.76, and further agreed to pay restitution in that amount to the U.S. Office of Personnel Management. On the date of sentencing this Court chose to continue the sentencing for a period of approximately six months advising the Defendant that he would be given an opportunity to show whether he was serious about the enormous restitution obligation he faced by establishing a bank account containing funds saved by the Defendant to be paid at the the next hearing. The Court was specific about the requirement that the amount should not be insubstantial and should "hurt". The Court also indicated that it wanted all fat

trimmed from the Defendant's monthly expenses eliminating all " non essential " items such as cable television or Defendant's car.

## II.     DEFENDANT'S UPDATED FINANCIAL CONDITION

Defendant submits the following updates to the information contained in the Financial Condition: Ability to Pay section of the pre-sentence investigation report.

Since the last hearing the Defendant has sold his automobile in order to eliminate the $625.00 per month he was paying toward the car note. Defendant had to add an additional thousand dollars to the proceeds of the sale of the vehicle to pay off the balance of the car note. He has been using public transportation since that time.

Wage garnishment orders were issued against the Defendant in early 2007; one by the U.S. Department of Education for his son's student loan in the amount of $408 per month and from a writ of attachment issued by Cross Country Bank on a credit card debt in the amount of $78.00 per month. The Department of Education also took the Defendant's $2,500 income tax refund that would have been applied to the instant obligation.

These wage attachments have had a crippling impact on the Defendant's ability to accumulate what the Court might normally view as a significant amount towards his restitution obligation under the circumstances. Defendant has also been hit with higher tuition costs than he had the last time he was before the Court. He has combined monthly tuition costs of $1,125.00 for both his son and daughter. Defendant's current monthly net income is $3,206.83. His regular monthly expenses

are currently $2,075.00 including the tuition costs. If you subtract from that the wage attachments of $ 408.82 and $77.99 per month the Defendant is left with a total of $645.00 per month before he is faced with the unsecured debts outlined in the PSI.

It is only after reviewing the aforementioned that the amount the Defendant has been able to accumulate of $1,150.00 should be considered a good faith effort to demonstrate to the Court he is serious about repaying the restitution amount.

The Defendant has been attempting to increase his income through working overtime and weekends however he is clearly in financial distress a situation that will only be exacerbated if the Defendant were incarcerated. The Defendant respectfully asks that this Honorable Court find that he has satisfied the Court's requirements of good faith and sentence him to a period of probation with restitution or in the alternative follow the sentencing recommendation contained in Defendant's original Memorandum In Aid Of Sentencing.

Respectfully submitted,

_____/s/_____
Harold D. Martin, # 368939
Robert Ades & Associates, P.C.
1140 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
(202)452-8080
email: hdmartin2@aol.com

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 5th day of September, 2007, I transmitted By facsimile and first class mail a copy of Defendant's Supplemental Memorandum In Aid Of Sentencing to:

Jocelyn Ballantine, Esquire
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20001

                 _____/s/_____
                 Harold D. Martin, Bar # 368939