HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
SEP 0 6 2007
NANCY MAYER _____, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>06-CR-309</u> |
| vs. | : | SSN: _____ |
| GRAY, John C. | : | Disclosure Date: <u>January 9, 2007</u> |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
  (✓) There are no material/factual inaccuracies therein. *Resolved*
  ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____   for Perham Gorji              1-19-07
Prosecuting Attorney                                  Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
  (X) There are no material/factual inaccuracies therein.
  ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  01·06·07      Harold D. Martin  1-23-07
Defendant       Date          Defense Counsel   Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>January 23, 2007</u>, to U.S. Probation Officer <u>Michael Penders</u>, telephone number <u>(202) 565-1379</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:  Gennine A. Hagar, Acting Chief
     United States Probation Officer